FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 10 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Julius Kabukuru<br>DEFENDANT(S). | CASE NUMBER<br>SA09-373 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ___def_____, IT IS ORDERED that a detention hearing is set for __Monday, 8/17/09___, at __11:30__ ☒a.m. / ☐p.m. before the Honorable __Robert N. Block___, in Courtroom __6B__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __8/10/09__

_____
ROBERT N. BLOCK
U.S. District Judge/Magistrate Judge

CR-66 (10/97)   **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Page 1 of 1